IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, *et al.*  )
)
*Petitioners*, )
)
v. )   Civil Action No. 05-280 (GK)
)
GEORGE W. BUSH, *et al.*, )
)
*Respondents*. )

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, *et al.* ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | Civil Action No. 05-280 (GK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

## DECLARATION OF RICHARD G. MURPHY, JR.
## IN SUPPORT OF PETITIONER'S MOTION FOR INJUNCTION
## AGAINST FURTHER TORTURE OF MOHAMMED BAWAZIR

I, Richard G. Murphy, Jr., under penalty of perjury, declare as follows:

1. I am an attorney with the law firm of Sutherland Asbill & Brennan LLP. I represent Petitioner Mohammed Bawazir in the above-styled proceeding.

2. In preparing this Declaration, I have reviewed the records of Mr. Bawazir's medical treatment at the Guantanamo Bay Naval Base between September 1, 2005 and January 23, 2006 that were produced by Respondents pursuant to Order entered in the above proceeding on October 26, 2005.

3. I first learned of Mr. Bawazir's hunger strike on the morning of Monday, September 26, 2005, when I, along with my colleagues, John Chandler, Kristin Wilhelm, and John Anderson, arrived at the Camp Echo detention facility to visit our clients. We were met by Lt. Commander De Alicante, then the Joint Task Force-Guantanamo Judge Advocate General representative. Lt. Commander De Alicante informed us that Mr. Bawazir would not be brought to Camp Echo to meet with us until the afternoon of that day because he was participating in a hunger strike and required constant medical treatment at the hospital.

4. On the afternoon of September 26, 2005, and I met with Mr. Bawazir. He was sitting in a wheelchair, propped up by a foam pad behind his back, with a white towel over his head and a feeding tube dangling from his right nostril. Mr. Bawazir was shivering, despite the fact that the temperature in the room was over 75 degrees.

WO 470661.1                                  1

5. Mr. Bawazir stated that he had begun his hunger strike on August 8, 2005. He stated that he was removed from the camp in which he was imprisoned and taken to the hospital for force-feeding in early September, 2005. According to Mr. Bawazir's medical records, he was transferred to the hospital on September 1, 2005.

6. Mr. Bawazir stated that he refused to consent to the doctors' request that he be fed enterally. When he refused, he was held down by guards and the tube was inserted by force. Mr. Bawazir stated that he attempted to remove the tube a number of times, but that he finally relented when he realized that the doctors and the guards would always be able to overpower him. Mr. Bawazir said that the process of inserting and removing the feeding tube was excruciatingly painful.

7. When we met with Mr. Bawazir on September 26, 2005, we encouraged him to resume eating, but at the conclusion of our visit, Mr. Bawazir stated that he was firm in his resolve to die at the Guantanamo Bay Naval Base. He said he would never willingly consume food as long as he remains imprisoned on the island.

8. On November 29, 2005, during another visit to Guantanamo, John Anderson and I and met with Suleiman Bin Aquil Al-Nahdi, who is also a Petitioner in the above-styled matter. Mr. Al-Nahdi stated that he repeatedly requested that the Guantanamo authorities grant him the opportunity to talk to Mr. Bawazir so that he could try to convince Mr. Bawazir to stop his hunger strike. Finally, the Guantanamo authorities arranged for Mr. Al-Nahdi to meet with Mr. Bawazir. Mr. Al-Nahdi stated that despite his best efforts to convince him otherwise, Mr. Bawazir could not be persuaded to resume eating.

9. According to Mr. Bawazir's medical records, from mid-September, 2005 until January 11, 2006, Mr. Bawazir was fed through a small (10 French or 10F) nasal-gastric tube that the Guantanamo medical staff generally left in place between feedings. Throughout this period, Mr. Bawazir's weight remained relatively stable. Mr. Bawazir's medical records indicate that although he did not consent to feedings administered through the nasal-gastric tube, he did not physically resist. The medical records do not indicate that any physical restraint was used in his feedings between our September visit and January 11, 2006. Indeed, the records describe Mr. Bawazir as having been "compliant" when he was fed on January 10, 2006. Mr. Bawazir's weight was recorded as 97.5 pounds on January 11, 2006. The medical records describe him as being 65 inches tall.

10. In late January, 2006, John Anderson and I returned to the Guantanamo Bay Naval Base. When we arrived on the evening of January 29, 2006, Lt. Col. Vitale, the JTF/JAG liaison for habeas counsel, told me that Mr. Bawazir had abandoned his hunger strike and had resumed eating on January 23, 2006. (Mr. Bawazir's medical records indicate that he actually abandoned his hunger strike on January 22, 2006.) On February 1, 2006, John Anderson and I met with Mr. Bawazir. Mr. Bawazir informed us that he had ended his hunger strike on January 22, 2006. Though I was pleased to hear he had ended his strike, I was disturbed to learn of the circumstances that drove his decision. According to Mr. Bawazir, on January 11, 2006, the Guantanamo medical staff began, for the first time, strapping Mr. Bawazir into a restraining

chair for enteral feedings. Mr. Bawazir stated that beginning on that day, he was strapped into the chair with restraints binding his head, arms, legs and stomach each time he was fed.

11. Mr. Bawazir's medical records confirm that on January 11, 2006, Guantanamo officials started putting Mr. Bawazir in "six point restraints" each time he was fed. Also on January 11, 2006, Mr. Bawazir's medical records indicate that rather than leaving the thin (10F) feeding tube in place after feedings, the Guantanamo officials began to forcibly insert and remove a larger (12F) feeding tube at each feeding. The records report that he was restrained and fed twice a day.

12. Mr. Bawazir's medical records indicate that during the first five days the Guantanamo medical staff strapped Mr. Bawazir into the restraining chair for feeding, he was left restrained for periods ranging from thirty-five minutes to two hours and thirty-one minutes. On average, during those first five days Mr. Bawazir was immobilized for 95 minutes at each feeding.

13. Mr. Bawazir stated that, besides strapping him to the chair, the military personnel increased the amount of nutrients and water they forced him to ingest at each feeding. He stated that while he was strapped into the restraint chair, they forced him to ingest 1200cc's of nutrients and four bottles of water through a nasal-gastric tube at each feeding. Mr. Bawazir stated that this forced feeding of excessive quantities was extremely painful. Mr. Bawazir also stated that, at this same time, the Guantanamo medical staff reintroduced the excruciatingly painful (and previously abandoned) practice of inserting and removing the feeding tubes at each feeding.

14. Mr. Bawazir stated that the Guantanamo medical staff insisted on enterally hydrating him—with a total of eight bottles of water daily—despite the fact that he had been voluntarily drinking water through his mouth throughout his strike and had made it clear that he wished to continue to do so.

15. Mr. Bawazir stated that, despite forcing him to ingest over 1200cc's of nutrients and four bottles of water at each feeding, the Guantanamo medical staff would not allow him to use a toilet for at least one hour after each feeding had ended. Mr. Bawazir stated that the inability to relieve himself after having been force-fed such large volumes of liquids caused a great deal of pain. I have been advised that the feedings forced upon Mr. Bawazir could be expected to cause abdominal cramping and diarrhea.

16. Mr. Bawazir's medical records indicate that Mr. Bawazir temporarily abandoned his hunger strike on January 14, 2006, and that he accepted solid food on January 15, 2006. On the next day, January 16, 2006, however, Mr. Bawazir's medical records indicate that he resumed his hunger strike. Mr. Bawazir's medical records reflect that the Guantanamo medical staff began to increase the periods of restrained force-feeding after January 16, 2006. For the next five days, the medical records indicate that Mr. Bawazir was restrained for an average of 118 minutes at each feeding. Beginning on January 19, 2006, Mr. Bawazir's medical records show that he was restrained for <u>exactly</u> two hours for each of six consecutive feedings.

WO 470661.1                                3

17.     Mr. Bawazir reported that the day after he resumed his hunger strike, January 17, 2006, he was placed in solitary confinement. The Guantanamo authorities deprived Mr. Bawazir of all personal items; they turned the air conditioning in the cell up to an unbearably cold level; and they deprived him of access to the latrine. Mr. Bawazir stated that he became ill between feedings and began vomiting all over himself in his freezing solitary cell. Because Mr. Bawazir had no access to a toilet, he urinated and defecated on himself and his clothing.

18.     Finally, according to Mr. Bawazir, he could take no more: the restraint chair, excessive feeding, constant insertion and removal of the feeding tube, excessive cold, denial of access to the toilet, and the solitary confinement had become unbearable. On January 22, 2006 he ended his hunger strike. According to the medical records, this was 145 days after the Guantanamo authorities began feeding him through a tube, but only 11 days after they began using the restraint chair and implementing the other measures described in this Declaration. He told me that he did not end the hunger strike of his own free will, but because he could no longer endure these conditions.

19.     To my knowledge, during the entire five months he was on hunger strike, Mr. Bawazir never acted violently, and never threatened to do violence to himself or to others.

> I declare under the laws of the United States of America that the foregoing is true and correct.
>
> Richard G. Murphy, Jr.
>
> Executed on this 23rd day of February, 2006.

WO 470661.1                                              4