Approved by DoD for public filing
March 24, 2006
Protected Information redacted

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, et al.  )
)
Petitioners,  )
)
v.  )   Civil Action No. 05-280 (GK)
)
GEORGE W. BUSH, et al.,  )
)
Respondents.  )

**EXHIBIT D**

Approved by DoD for public filing
March 24, 2006
Protected Information redacted

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, et al. ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-280 (GK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

## DECLARATION OF JOHN A. CHANDLER IN SUPPORT OF MOTION TO COMPEL ACCESS TO PETITIONER MOHAMMED BAWAZIR

I, John A. Chandler, under penalty of perjury, declare as follows:

1. I am a partner with the law firm of Sutherland Asbill & Brennan LLP. I represent Petitioner Mohammed Bawazir in the above-styled proceeding.

2. On March 15, 2006, I, along with my colleague, Kristin Wilhelm, traveled to Guantánamo Bay, Cuba to meet with Mr. Bawazir and our other clients. On the morning of March 16, we met with one of our clients in Camp Echo. At approximately 12:00 p.m., I notified the guards that we were ready to meet with Mr. Bawazir. The guard told me that Mr. Bawazir was being moved to Camp Echo. At approximately 12:45 p.m., I asked the guards again about Mr. Bawazir. The guards informed me that Mr. Bawazir was in transit from his camp to Camp Echo. Sometime thereafter I asked the Sergeant of the Guard about Mr. Bawazir's status. He told me that he did not know what was happening. I asked him to check on Mr. Bawazir's status and requested that he provide me an update within thirty minutes. He agreed to my request. Approximately forty-five minutes later, when I had not heard from the

Approved by DoD for public filing
March 24, 2006
Protected Information redacted

Sergeant of the Guard, I asked a camp guard about Mr. Bawazir's status. I was informed that Mr. Bawazir would not be coming to Camp Echo.

3. Between 2:30 p.m. and 3:30 p.m., Lieutenant Colonel Vitale arrived at Camp Echo. He informed me that Mr. Bawazir was unwilling to meet with us. Lieutenant Colonel Vitale agreed to take a letter from us to Mr. Bawazir requesting the Mr. Bawazir meet with us on Saturday, March 18. With the assistance of our interpreter, Masud Hasnain, we wrote a letter to Mr. Bawazir and provided it to our escorts for delivery.

4. On Saturday, March 18, we went to Camp Echo to meet with Mr. Bawazir. After waiting for approximately an hour, Lieutenant Colonel Vitale came to Camp Echo and informed us that the letter had been delivered to Mr. Bawazir, but that he was unwilling to meet with us for "personal reasons." Lieutenant Colonel Vitale told us that he had personally spoken with Mr. Bawazir "through the fence" when Mr. Bawazir was standing in an area used for recreation. I requested the opportunity for a similar meeting with Mr. Bawazir. Lieutenant Colonel Vitale denied my request. I then requested that our interpreter, Mr. Hasnain, be permitted to travel into the camp to meet with Mr. Bawazir. I told Lieutenant Colonel Vitale that Mr. Hasnain had permanent secret clearance. I said that Mr. Hasnain had worked as an interpreter for Major Daniel Mori of the United State Marine Corps in connection with Major Mori's representation of David Hicks, a detainee charged under the military commission system. I also explained that as a result of Mr. Hasnain's work with Major Mori, Mr. Hasnain had been permitted to enter the camps where the detainees live. Because Mr. Hasnain had already been in these camps, I requested that Mr. Hasnain be permitted to meet with Mr. Bawazir for ten minutes to determine whether Mr. Bawazir would meet with his counsel. Lieutenant Colonel Vitale stated that he would take my request to Colonel Baumgarter. Lieutenant Colonel Vitale then told us that he

AO 1459563.1

2

Approved by DoD for public filing
March 24, 2006
Protected Information redacted

had attempted to contact Colonel Baumgarter by telephone, but that Colonel Baumgarter was in a meeting. Lieutenant Colonel Vitale told me that he would get in touch with Colonel Baumgarter and let us know whether Mr. Hasnain would be permitted to meet with Mr. Bawazir.

5. After waiting for approximately two hours, we were informed by Lieutenant Colonel Vitale that a Colonel [redacted] had denied my request for Mr. Hasnain to meet with Mr. Bawazir. Lieutenant Colonel Vitale told us that General Hood, a Respondent and declarant in this case, decided instead to send his cultural advisor to meet with Mr. Bawazir and that Mr. Bawazir had informed the cultural advisor that Mr. Bawazir declined to meet with us for personal reasons. Lieutenant Colonel Vitale also told us that the cultural advisor had been involved with Mr. Bawazir in the hunger strike, but he did not explain what role the cultural advisor had played.

> I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
>
> *[signature]*
> John A. Chandler
> Executed on this 21st day of March, 2006.