**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>,   :
                                     :
    **Petitioners**,                  :
                                     :
    v.                              :   Civil Action No. 05-280 (GK)
                                     :
**GEORGE W. BUSH**, <u>et</u> <u>al.</u>,       :
                                     :
    **Respondents**.                 :
_____:

<u>**ORDER**</u>

A Status Conference was held in this case on January 13, 2009, most of which was open to the public, and part of which was closed due to discussion of classified information. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that parties are to submit any briefing in support of their view of the appropriate definition of "enemy combatant" by **January 21, 2009;** and it is further

**ORDERED,** that Respondents must meet at least those discovery obligations articulated in Judge Hogan's Case Management Order [#195; amended #219] by **January 21, 2009;** and it is further

**ORDERED,** that **within one week** of the date of this Order, Petitioners shall provide Respondents with a realistic list that prioritizes those factual issues which Petitioners request to be de-classified. **Within one week** of receiving that list, Respondents

will inform Petitioners as to whether those requests can be satisfied; and it is further

**ORDERED**, that **within one week** of the date of this Order, Petitioners shall provide Respondents with a realistic list that prioritizes the exculpatory evidence they are requesting.  By **January 30, 2009,** Respondents will inform Petitioners as to whether those requests can be satisfied; and it is further

**ORDERED,** that Petitioners' opposition to Respondents' Motion to Clarify, Reconsider, or Amend Three Case Management Order Provisions and to Stay Those Obligations Pending Resolution of This Motion and Any Appeal, if any, is due by **January 26, 2009, at 5:00 p.m.,** and shall not exceed 27 pages (fewer pages would be appreciated).  Respondents' reply is due by **February 3, 2009, at 5:00 p.m.,** and is not to exceed 10 pages; and it is further

**ORDERED,** that parties' motions on the admission of hearsay evidence are due by **January 30, 2009;** and it is further

**ORDERED,** that Respondents shall provide to Petitioners by **January 19, 2009** those medical records that they are obligated to turn over under the Court's October 26, 2005 Order in connection with the forced feeding of Petitioner Hamdoun; and it is further

**ORDERED,** that, on **January 26, 2009, at 2:00 p.m.,** there will be a Hearing regarding the Renewed Emergency Motion for Injunction Against Further Torture of Mohammed Bawazir.  By **January 22, 2009,** Respondents shall file before the Court an affidavit from the official responsible for Guantanamo Bay's compliance with the

-3-

Court's October 26, 2005 Order regarding forced feeding. The affidavit may be filed along with Respondents' full opposition to the Motion. Respondents should prepare to have the affiant available for telephonic testimony during the Hearing; and it is further

**ORDERED,** that the parties shall file a Joint Report on discovery no later than **February 12, 2009 at 4:00 p.m.**

|  |  |
|---|---|
| January 14, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF