UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MOHAMMED AL-ADAHI, et al.,** :
:
    **Petitioners,** :
:
    v. :     Civil Action No. 05-280 (GK)
:
**GEORGE W. BUSH, et al.,** :
:
    **Respondents.** :
:

---

### ORDER

    A Status Conference was held in this case on January 26, 2009. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

    **ORDERED**, that parties' motions on the admission of hearsay evidence are due no later than 10 days prior to the date on which initial briefs for judgment are due, pursuant to § II.C of this Court's Case Management Order #1.

                                             /s/
January 27, 2009                       Gladys Kessler
                                            United States District Judge

Copies to: Attorneys of Record via ECF