UNCLASSIFIED//FOR PUBLIC RELEASE      

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, et al., : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-280 (GK) |
| : | |
| BARACK H. OBAMA, et al., : | |
| : | |
| Respondents. : | |

### ORDER

A Status Conference was held in this case on April 1, 2009, which took place in a sealed courtroom due to the discussion of classified information. Upon consideration of Petitioner Hamdoun's Motion for Discovery Under Section 1.E.2 of the Case Management Order [Dkt. Nos. 297],[1] the Opposition, Reply, representations of the parties, and the entire record herein,[2] it is hereby[3]

---

[1] The Court resolves the remainder of Petitioner Hamdoun's classified motion in this Order. Many of Petitioner's discovery requests have already been resolved in a classified Order [Dkt. No. 318] issued on March 27, 2009, which was unclassified on March 31, 2009 [Dkt. No. 320].

[2] Any mention herein of "consolidated files" refers to the JTF-GTMO/OARDEC files.

[3] Unless otherwise specified, all matters in the Document Request are included in the Court's Order.



███

ORDERED, that Document Request No. 20 is **granted in part and denied in part**. The Government must produce all documents that refer to ███ guesthouse that date to the period of time when it alleges the Petitioner stayed there; and it is further

ORDERED, that Document Request No. 21 is **denied**, because it sweeps too broadly; and it is further

ORDERED, that Document Request No. 22 is **denied as moot**, because the Government represented that it has satisfied this request in fulfilling its obligation to produce exculpatory information; and it is further

ORDERED, that Document Request No. 23 is **granted**. The Government will confirm whether its representation is accurate ███ ███ having been administered. However, if one was administered, the Government shall produce documents related to it; and it is further

ORDERED, that Document Request No. 24 is **denied**, because the Petitioner withdraws the request; and it is further

ORDERED, that Document Requests No. 25 and No. 26 are **stayed**. By April 10, 2009, Petitioner shall notify the Court as to whether he wants to pursue his requests for these documents. If so, the Petitioner's requests should be fashioned as narrowly as possible and should include particularized information; the Government shall

-2-

███

have five days to respond to the requests, if they are made; and it is further

**ORDERED**, that Document Request No. 27 is **granted**; and it is further

**ORDERED**, that Document Request No. 28 is **denied**, because it sweeps too broadly; and it is further

**ORDERED**, that Document Requests No. 29, No. 30, and No. 31 are **denied**, in view of the fact that the Government certified that it has satisfied these requests in fulfilling its obligation to produce exculpatory information; and it is further

**ORDERED**, that Document Request No. 32 is **denied**, because it sweeps too broadly.

April _1_, 2009

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

<u>Copies to</u>: Attorneys of Record via ECF

███

-3-