**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**MOHAMMED AL-ADAHI, et al.,**       :
                                    :
    **Petitioners,**                :
                                    :
    **v.**                          :       Civil Action No. 05-280 (GK)
                                    :
**BARACK H. OBAMA, et al.,**         :
                                    :
    **Respondents.**                :
_____:

### ORDER

Upon consideration of the issues raised on June 25, 2009, by Petitioners Mohammad Ali Abdullah Bawazir and Zahir Omar Khamis Bin Hamdoun during a closed portion of the Merits Hearing, representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner Bawazir's and Petitioner Hamdoun's cases are stayed until **October 1, 2009.** Accordingly, the Merits Hearing for these two Petitioners is continued indefinitely; and it is further

**ORDERED**, that during the stay, the Government is not required to produce medical records for Petitioner Bawazir. Parties shall file a Joint Praecipe with the Court by **July 15, 2009,** detailing the procedures under which Petitioner Bawazir's counsel will be kept aware of his medical status. The Government is required to produce medical records for Petitioner Hamdoun on the **15th of each month** for the duration of the stay; and it is further

-2-

**ORDERED,** that a Status Conference will be held on **October 6, 2009,** at 2:00 p.m.

|  | /s/ |
|---|---|
| June 25, 2009 | Gladys Kessler |
|  | United States District Judge |

**Copies to:**  Attorneys of Record via ECF