FILED WITH
COURT SECURITY OFFICER
DATE
1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, ET AL .    DOCKET NUMBER:  CA 05-280
.
          Petitioner,    .
.
    vs.    .    Washington, D.C.
.    June 23, 2009
BARACK H. OBAMA, ET AL  .    10:00 A.M.
.
          Respondent,    .    EXTRACT OF HEARING
. . . . . . . . . . . . .    TESTIMONY OF PETITIONER


EXTRACT OF MERITS HEARING - DAY 2
BEFORE THE HONORABLE GLADYS KESSLER
A UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:    JOHN A. CHANDLER, ESQUIRE
SUTHERLAND, ASBILL BRENNAN
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
(404) 853-8029
(404) 853-8806 (fax)
john.chandler@ blaw.com


KRISTIN B. WILHELM, ESQUIRE
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Suite 2300
Atlanta, Georgia  30309
(404) 853-8542
(404) 853-8809 (fax)
kristin.wilhelm@sutherland.com

SUSAN PAGE TYNER, CR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2

FOR THE DEFENDANT: SARAH MALONEY, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, D.C.  20001
(202) 616-1436
sarah.maloney2@usdoj.gov

JOHN HUNTER BENNETT, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, NW
Room 5115
Washington, D.C.  20530
(202) 305-9197
j.hunter.bennett@usdoj.gov

PAUL EDWARD AHERN, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Suite 5136
Washington, D.C.  20530
(202) 305-0633
(202) 305-2685 (fax)
paul.ahern@usdoj.gov

THE COURT REPORTER: SUSAN PAGE TYNER, CVR-CM
Official Court Reporter
United States District Court
333 Constitution Avenue, N.W.
Room 6523
Washington, D.C.  20001
(202) 371-2230
susantyner@verizon.net


 Computer aided transcript prepared with the aid of
SpeechCAT.

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

3

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MOHAMMED AL-ADAHI | 10 | | | |

EXHIBITS

PETITIONER                    IDENTIFICATION   -   RECEIVED


RESPONDANT

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

4

1                    P R O C E E D I N G S

2              A-F-T-R-N-O-O-N   S-E-S-S-I-O-N

3              THE COURTROOM DEPUTY:  This Honorable Court is

4    again in session.  Judge Gladys Kessler presiding.  Please

5    be seated and come to odder.

6              THE COURT:  Good afternoon, ladies and gentlemen.

7    This is the case of Mohammed Al-Adahi versus Barack Obama,

8    CA 05-280.  All counsel are present.

9              We are going to have videotaped testimony this

10   afternoon I do believe from the petitioner, Mr. Al-Adahi.

11   He will be testifying from Guantánamo.  I know that all

12   counsel have or should have a video screen so they can see

13   the testimony and so that we can all hear it.

14             Mr. Chandler, did you have anything you needed to

15   bring to my attention before we begin?

16             MR. CHANDLER:  Yes, Your Honor, two or three

17   things I wanted to --

18             THE COURT:  Do we need to talk slowly for the

19   interpreter at this time.

20             MR. CHANDLER:  Yes.  I believe that we do, Your

21   Honor.

22             THE COURT:  Let's have that person please identify

23   himself for the record, and we will give him the oath as

24   well.

25             THE INTERPRETER:  My name is ███████████, Arabic

5

1    interpreter.  The spelling is ███████████████

2    ██████████████████████████████████████████████

3    ██████████████████████████████████████████████

4    ██████████████████████████████████████████████

5          THE COURT:  Let me check with our court reporter -

6    - yes, she did get all of that down.

7          Sir, were you the same interpreter who interpreted

8    last week -- no, it was this week, excuse me.  I have lost

9    track of time.  Were you the same person who interpreted on

10   Monday morning?

11         THE INTERPRETER:  Yes, Your Honor.

12         THE COURT:  All right, good.  It is good to see

13   you in person as it were.

14         Now my courtroom clerk will give you the oath,

15   please.

16         THE COURTROOM DEPUTY:  Please stand and raise your

17   right hand.

18         Do you solemnly swear or affirm that you will

19   justly, truly, fairly and impartially act as an interpreter

20   in the case now before the court?

21         THE INTERPRETER:  I do.

22         THE COURTROOM DEPUTY:  Thank you.

23         THE COURT:  You are welcome.

24         Let's all try to remember this afternoon, and I

25   will try as well and remind people, that we need to speak

6

1   more slowly than usual.

2              Mr. Chandler, please.

3              MR. CHANDLER:  A couple of minor items, Your

4   Honor.

5              First, in the room in Guantánamo there is no air

6   conditioning.  Ms. Wilhelm said that may speed up her

7   questioning.  But if you see people perspiring profusely, it

8   is because they are in the Caribbean with no air

9   conditioning.

10             THE COURT:  All right.

11             MR. CHANDLER:  The second point I wanted to call

12  to the court's attention is that Mr. Al-Adahi was supposed

13  to have some medications -- they will not affect his

14  testimony -- prior to his coming into this room.  They did

15  not arrive.

16             When the medications come, it may be necessary to

17  interrupt the questioning for just a minute or two for him

18  to take his medicine.

19             THE COURT:  Are they medications that require an

20  injection, or are they just pills that you swallow, just so

21  I know?

22             MR. CHANDLER:  Ms. Wilhelm, can you answer that

23  one for us?

24             MS. WILHELM:  Yes, Your Honor.

25             Your Honor, we have just been informed that the

7

1   medical staff is here to provide the medicine to him.  It is

2   pills, and I believe that they are going to just bring it in

3   right now, and he can take it quickly, and then we can begin

4   his testimony.

5            THE COURT:  All right.  That is fine.  Let's do it

6   that way.

7            MR. CHANDLER:  And for the record, the petitioner

8   will call Mohammed Al-Adahi to testify.

9            THE COURT:  And I do want to mention to counsel

10  that there may be people coming in this afternoon, all of

11  whom have been cleared.  They are mostly judges' clerks, and

12  they all have the appropriate clearance, and besides which

13  the CSO's will triple check that they have the appropriate

14  clearance I can assure you.  But there may be people coming

15  in.

16           They may have thought it was scheduled f : two

17  o'clock and not have realized that we were starting a little

18  bit early.

19           MR. CHANDLER:  There was a third thing I meant to

20  call to the court's attention, and that is that Mr. Al-Adahi

21  is chained to the floor in Guantánamo.

22           THE COURT:  I see.

23           All right.  Mr. Al-Adahi is now going to testify,

24  and he does need to be sworn in.  I know that he is using

25  his religious book, the Koran, and of course that is

8

1    acceptable to the court.

2           Mr. Al-Adahi, would you please -- oh, he cannot

3    stand.  I am sorry.  Excuse me.

4           MR. CHANDLER:  He can stand, he just can't move

5    around.

6           MS. WILHELM:  Yes, Your Honor he can stand.

7           THE COURT:  Oh, he can.  All right.  Would you

8    please stand up.

9           THE COURTROOM DEPUTY:  Please place your left hand

10   on the Koran and raise your right hand.

11          THE INTERPRETER:  He wants to put his right hand

12   to the Koran and raise his left hand if it is acceptable by

13   the court.

14          THE COURT:  That is agreeable.

15          THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

16   To be judged in front of an Islamic court, if there are no

17   Islamic courts, so the rights will not get lost and be

18   violated.

19          And for my personal view of the civil courts and

20   the integrity of the American judicial system I submit in

21   front of the American judiciary system in the civilian

22   courts.

23          I am hoping to get a fair trial after reviewing

24   all of the evidence against me and the cross examining the

25   witness, and give me enough time to talk.  I know there are

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

9

1    justice in the judicial system, and there are American

2    people who are -- who want justice, and this is represented

3    -- is reflected on the lawyers.

4         THE COURT:  Let me interrupt please.

5         Mr. Al-Adahi, our procedure is that first you take

6    the oath that whatever you're going to say in court is true

7    and accurate to the best of your knowledge.  Then Mr.

8    Chandler will ask you a lot of questions.

9         I can assure you -- but I am going to let the

10   translator translate that much.

11        THE INTERPRETER:  Thank you Your Honor.

12        THE COURT:  And I do want to assure you that the

13   American justice system is a very strong one, a very fair

14   one, and I will do my absolute best to make sure that you

15   get a fair trial in the next few days.

16        THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

17   Thank you.

18        THE COURT:  We are ready for the oath now.

19        THE COURTROOM DEPUTY:  Do you solemnly swear or

20   affirm that the testimony you shall give the court in the

21   case now at hearing will be the truth, the whole truth and

22   nothing but the truth?

23        THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

24   Yes.  The truth, and this truth I am waiting for it since 7

25   and 1/2 years ago.

10

1          THE COURT:  Mr. Al-Adahi, correct, you may have a

2     seat, and Mr. Chandler will now begin the questioning -- or

3     will it be Ms. Wilhelm?

4          MR. CHANDLER:  Ms. Wilhelm.

5          THE COURT:  Ms. Wilhelm, please, and for the

6     record, why don't you just quickly identify yourself?

7          MS. WILHELM:  Yes, Your Honor.  Kristin Wilhelm

8     for petitioner Mohamed Al-Adahi.

9          **MOHAMED AL-ADAHI, THE PETITIONER, SWORN**

10          **AND TESTIFIED THROUGH HIS INTERPRETER**

11          **DIRECT EXAMINATION**

12     BY MS. WILHELM:

13     Q.   Mr. Al-Adahi, would you please state your full name for

14     the record?

15     A.   My name is Mohamed Ahmed Saed Al-Adahi.

16     Q.   Mr. Al-Adahi, are you a citizen of any country?

17     A.   I am a citizen of Yemen, city of Ta'iz.

18     Q.   How long have you lived in Yemen?

19     A.   All my life in Yemen.  I never left Yemen.  I left

20     Yemen in 2001.

21     Q.   Mr. Al-Adahi, are you married?

22     A.   Yes.

23     Q.   What is your wife's name?

24     A.   Samia, the name of my wife.

25     Q.   Mr. Al-Adahi, do you have any children?

11

```
 1   A.   Yes.

 2   Q.   What are the names of your children?

 3   A.   I have two kids.  A boy and a girl.  My daughter is

 4   Marwa, and my son is name is Azzam.

 5   Q.   How old is your daughter?

 6   A.   My daughter is now around 14 years old.

 7   Q.   How old is your son?

 8   A.   My son is about 12 years old.

 9   Q.   Mr. Al-Adahi, did you travel to Afghanistan in July,

10   2001?

11   A.   Yes.  My travel because of necessity.  I was

12   accompanying my sister to take her to her husband.

13   Q.   What is your sister's name?

14   A.   Amani.

15   Q.   What is your sister's husband's name?

16   A.   Riyadh Abd Al-Aziz Almujahid.

17   Q.   And if I refer to your brother-in-law as Riyadh, will

18   you understand to whom I am referring?

19   A.   Yes.

20   Q.   Did you know Riyadh before he married your sister?

21   A.   Just very lightly and since a long time.  There is no

22   friendship or relative relation.

23   Q.   Was your sister's marriage to Riyadh an arranged

24   marriage?

25   A.   Yes.  It was a socially family general marriage.
```

12

1  Q.   And Mr. Al-Adahi, what was your role in the marriage

2  negotiations?

3  A.   With regard to women in the beginning, Riyadh's family,

4  they came to my family. Riyadh's family asked my family for

5  the hands of my sister. My sister agreed. My mother

6  agreed. They asked my approval, and being the eldest

7  brother, my sister give me the power of attorney to finish

8  the marriage contract.

9  Q.   Before taking your sister to Afghanistan, did you

10  obtain a passport?

11  A.   Yes.

12  Q.   And would you tell the court how you obtained the

13  passport?

14  A.   My brother-in-law, Riyadh, wants me to contact his

15  wife. I had to go to the passport agency, to the official

16  passport agency in Ta'iz. I issued two passports. One for

17  me, and one for my sister with the help of an employee in

18  this office in July, 2001.

19  Q.   Was that the first time you obtained a passport?

20  A.   Yes. I never traveled before to any place.

21  Q.   And did you need to obtain a visa to travel to

22  Pakistan?

23  A.   I did not travel before. I did not know that visa

24  business. But my brother-in-law, Riyadh, he contacted me.

25  He told me he had a friend in Sana, and he is going to take

13

1   care of all of the visa processing and the tickets.

2   Q.   How did you pick up the visa and the tickets?

3   A.   My brother-in-law, Riyadh, he contacted me, and he told

4   me, now you can go, you and your sister to Sana.

5   **(Whereupon, the connection to Guantánamo was broken.**

6   **The court continued in classified session while the**

7   **connection was remade, such session being reported by the**

8   **court reporter but not transcribed herein.)**

9          THE COURT:  Mr. Al-Adahi is back on the screen.

10   Ms. Wilhelm is there and so is the interpreter.

11          Let me first make sure that everyone can hear me

12   speaking.

13          MS. WILHELM:  Yes, Your Honor.

14          THE INTERPRETER:  Yes, Your Honor.

15          THE COURT:  Good.

16          Ms. Wilhelm, my reporter was so careful that she

17   gave me the last question that you asked just so you can

18   pick up the thread of things.  You asked, how did you, Mr.

19   Al-Adahi, pick up the visa and the tickets?  Mr. Al-Adahi

20   got out about half an answer to that question.  He said, my

21   brother and all, he contacted me and he told me, now you can

22   go, you and your sister, and that is when we lost all

23   contact.

24          And so I'm going to ask the interpreter to ask Mr.

25   Al-Adahi to finish his answer to the question, how did he

14

1   pick up the visa and the tickets?

2           THE INTERPRETER:  Do you want me to repeat to him

3   what you said, Your Honor?

4           THE COURT:  I think it might help him.  Should I

5   repeat it to you?

6           THE INTERPRETER:  Okay.

7           THE COURT:  My brother and all, he contacted me

8   and told me, now you can go, you and your sister, and he

9   could not get beyond that.

10          THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

11  My brother-in-law told me, take your sister and go to Sana.

12  You will meet a man in front of a bank, El-Arabi, the Arab

13  Bank.  He made all the process to get the visa and the

14  tickets to travel.

15  BY MS. WILHELM:

16  Q.   What was the name of this individual?

17  A.   He told me that his name was Ali Yayha.

18  Q.   Had you ever met him before?

19  A.   No.

20  Q.   Do you know how he was able to recognize you when you

21  met with him?

22  A.   Yes.

23  A.   My brother-in-law told me -- I told -- I asked my

24  brother-in-law how would this guy recognize me?  My brother-

25  in-law said, you go there and you wear a red jacket, and

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNCLASSIFIED//FOR PUBLIC RELEASE

15

1   this man will come to you, and he will greet you by your

2   name, and he will recognize you.

3   Q.   How would he be able to recognize you if you had never

4   met him before?

5   A.   Because my brother-in-law contacted him, and he told

6   them that my brother-in-law will meet you at the Arab Bank,

7   and you will know him by the picture of the passport.

8   Q.   Was the passport -- was your passport issued to you in

9   your official name?

10  A.   Both -- the two passports, one under my name and the

11  other one under my sister's name.  You can verify that from

12  the passport agency in Ta'iz city in July, 2001.

13  Q.   Did you ever see Mr. Ali Yayha again?

14  A.   Ali Yayha told me, here is the two passports, and here

15  is the visa, and he gave me some money.  He did not give me

16  the visa.  The visa is in the passport, and he give me some

17  money, and he told me, here is my number.  If you have any

18  problem, call me.

19       What happened that I lost my sister's ticket, so I

20  called them in order to get us another ticket.

21  Q.   How long were you in Sana, Yemen?

22            THE COURT:  Excuse me, but before you translate

23  that question I want to clarify something with the

24  interpreter.

25            Just a minute ago you indicated the date of July,

UNCLASSIFIED//FOR PUBLIC RELEASE

16

1   2001.  Was the petitioner giving you the word July, 2001?

2   Or was he referring to the Arabic calendar?

3              THE INTERPRETER:  He referred to July, 2001.  I

4   did not transfer from Arabic calendar to the American

5   calendar.

6              Can I verify with him, Your Honor?

7              THE COURT:  Let me phrase it this way.

8              Using the American calendar, is the answer to that

9   question July, 2001, or is it a different month using the

10  American calendar?

11             THE INTERPRETER:  I will check with him, Your

12  Honor.

13             THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

14  Your Honor, I said you can verify from Ta'iz, Sana, from the

15  passport agency the date of July, 2001, because I issued the

16  passport in July, 2001.

17             THE COURT:  Ms. Wilhelm, repeat your last

18  question, please.

19             MS. WILHELM:  Thank you, Your Honor.

20  BY MS. WILHELM:

21  Q.   How long did you stay in Sana, Yemen?

22  A.   About one week.  I traveled on Sunday, and the

23  traveling -- I left on Monday when we lost the ticket, and

24  we were supposed to wait for the following trip a week

25  later.

17

1   Q.   Where did you go from Sana, Yemen?

2   A.   Me and my sister left Tabai, and then from Tabai we

3   left to Karachi.

4   Q.   How long did you stay in Karachi, Pakistan?

5   A.   I arrived in the beginning of the night.  I spent the

6   night in a hotel, and in the morning I left.

7   Q.   Where did you go from Karachi, Pakistan?

8   A.   We took the plane to Kwatah, and from Kwatah to

9   Kandahar.

10  Q.   Where did you stay in Kandahar?

11  A.   My brother-in-law arranged it -- arranged a place for

12  us, for guests in the house of my sister for preparation for

13  the party.  Then later on we moved to the new house of my

14  brother-in-law's house.

15  Q.   Mr. Al-Adahi, did you attend a wedding celebration for

16  your sister?

17  A.   Yes.

18  Q.   And did Osama bin Laden also attend that wedding

19  ceremony?

20  A.   A lot of people attended the wedding party.  Among them

21  was Osama bin Laden.

22  Q.   Did you meet Mr. bin Laden at the wedding party?

23  A.   My brother-in-law introduced me to all of the guests

24  who came to congratulate for the wedding.

25  Q.   Did you know Mr. bin Laden before you were introduced

18

1   to him at your sister's wedding?

2   A.    **(The answer was unintelligible due to technical**

3   **difficulties in the transmission.)**

4   Q.    Did you have any other interactions when you were in

5   --

6   **(The remainder of the question and the answer was**

7   **unintelligible due to technical difficulties in the**

8   **transmission.)**

9   Q.    Any further interactions with Osama bin Laden while you

10  were in Afghanistan?

11          THE COURT:  I think we have to stop.  Don't cut

12  them off, Mr. Cramer.  They can keep on talking.  I think we

13  have to stop it.  Something is very wrong, and we are

14  missing parts of it.

15          For our record, first the screen started looking

16  very strange to say the least.  I felt like I was watching a

17  horror movie.  And then we began losing the audio, which

18  was, of course, very important.  So I instructed Mr. Cramer,

19  our IT guru, to turn it off.

20          Of course I don't know what was happening.  Maybe

21  if you just place the call again.  We will try that.  It is

22  worth it.

23      **(Whereupon, the call was reconnected.)**

24          THE COURT:  Is everybody back on now?

25          MS. WILHELM:  Yes, Your Honor.  We can see you,

19

1    and we are back on the line.

2           THE COURT:  I am going to ask our court reporter

3    to go back about two questions, because we definitely missed

4    some of the answers.

5           I got the answer to your question that Mr. Al-

6    Adahi, of course, attended his sister's wedding.  Osama bin

7    Laden attended it, and Mr. Al-Adahi was introduced by his

8    brother-in-law to all of the guests there, and that is about

9    as far as I got.

10          So Ms. Tyner, would you please read the rest back,

11   if you have much more.

12      **(Whereupon, the court reporter read back from her**

13   **notes.)**

14          THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

15   The last thing, introduced to all the guests.  Among them

16   was Osama bin Laden.

17          THE COURT:  I understood that.  I was just

18   summarizing the testimony.

19          If you would start with the next question.

20      **(Whereupon, the court reporter read back from her**

21   **notes.)**

22          THE COURT:  Let's start with that question.  Would

23   our translator please give that question?  Did you know bin

24   Laden before you were introduced to him?

25          THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

20

1   I never knew him before, but I always see his picture on

2   television.

3            THE COURT:  Ms. Wilhelm, you may proceed now.

4            MS. WILHELM:  Thank you, Your Honor.

5   BY MS. WILHELM:

6   Q.   Other than meeting Mr. bin Laden at your sister's

7   wedding, did you have any other interactions with Osama bin

8   Laden while you were in Afghanistan?

9   A.   I never dealt with Osama bin Laden, but one day he

10  called us.  I have nothing -- no relation between me and

11  him.  But some Arabs that were, there they told us that

12  Osama bin Laden is in Kandahar.

13       Any stranger comes to Kandahar, Osama bin Laden -- I am

14  sorry, he wants to meet him, and he wants to ask him

15  questions.  He met me to know me better.

16  Q.   How long was your meeting with Osama bin Laden?

17  A.   About five minutes or ten minutes.

18  Q.   What did you discuss during this conversation?

19  A.   He told me how Yemen, and asked me about Yemen and how

20  the Muslims over there.  He asked me about some chiefs in

21  Yemen.  He wanted to make sure that I am a Yemeni.

22  Q.   Mr. Al-Adahi, How soon after you arrived in Afghanistan

23  was your sister's wedding celebration?

24  A.   About five days, a week, ten days.  What happened to me

25  here during the past 7 1/2 years I cannot be specific in the

21

1   days.

2   Q.   How soon after the wedding ceremony did you have this

3   meeting with Mr. bin Laden?

4   A.   About three days.

5   Q.   After that meeting with bin Laden did you ever see him

6   again?

7   A.   Never.

8   Q.   Mr. Al-Adahi, have you ever served as a bodyguard for

9   bin Laden?

10  A.   Never.

11  Q.   Do you know if your brother-in-law, Riyadh, was a

12  bodyguard for bin Laden?

13  A.   Riyadh did not tell us that he is a bodyguard to bin

14  Laden.   But I doubt that he is a bodyguard.   I know that he

15  is from mujahidin.

16  Q.   What is mujahidin?

17  A.   In Islam jihad is a legitimate issue.   The whole world

18  know about the fight of mujahidin against the Russian in

19  Afghanistan.   Anybody who fights people in a country that

20  they want to invade other countries, that is jihad,

21  according to religion not to desire.

22       America supported the mujahidin that fighted against

23  the Russians.   The scholar in Saudi Arabia and Yemen, they

24  made one for jihad.

25  Q.   Now prior to leaving Yemen had you ever heard of Al

22

1  Qaeda?

2  A.   Never.

3  Q.   Prior to leaving Yemen did you intend to go to

4  Afghanistan to fight in the jihad?

5  A.   My goal of going to Afghanistan is to take my sister to

6  her husband, and that is it.

7  Q.   Mr. Al-Adahi, are you a mujahidin?

8  A.   In Islam jihad is legitimate, but it has control.

9  Jihad in Islam is part of Islam.  Yemen started jihad when

10  the people want to separate from the law.  They raise the

11  flag of jihad when the Northern wants unity in 1994.  The

12  world knew about that.

13  Q.   Did you fight in the Civil War in 1994?

14  A.   I did not fight, but I was preparing myself.  I never

15  went to jihad in any country in the war.

16  Q.   Have you ever fought against any country in the

17  world?

18  A.   I did not leave Yemen.  How would I fight?

19  Q.   Let's go back to your time in Kandahar.

20       How long did you stay in Kandahar after you brought

21  your sister to her husband?

22  A.   For a long time.  I cannot specify whether it is a

23  month, a month and a half, two months.  The hell that I seen

24  from the American when I was arrested made me forget a lot

25  of things.

23

1  Q.   All right.  While in Kandahar did you ever go to a

2  guesthouse?

3  A.   Yes.

4  Q.   What was the name of that guesthouse?

5  A.   The guesthouses are the gathering of the Arab and the

6  Muslim.  I met some Arab, and they suggested that I go to

7  this guesthouse.  You will meet people instead of being

8  alone.

9       I went to a place by the name of Nibras, and another

10 place by the name of Haji Habashi.  It was a gathering for

11 the Muslims -- for the Muslim community, and Arab people

12 talking the Arabic language.

13 Q.   How long did you stay at Al Nibras?

14 A.   I went to Nibras and I stayed there only for one day.

15 Q.   Did you give up you passport while you were at Al

16 Nibras?

17 A.   I never give up my passport until the Pakistani took it

18 from us -- when the Pakistani arrested me.

19 Q.   Where did you go from Al Nibras?

20 A.   In Nibras some Arab spoke to me.  They told me if you

21 go to a camp by the name of Al Farouq camp -- I did not

22 know what was Al Farouq camp.  They told me there you will

23 have Islamic education.  You can train using weapons.  The

24 following day they took us to Al Farouq camp.

25 Q.   Why did you go to Al Farouq?

24

1  A.    They told you can learn Islamic studies, and you can

2  learn using weapons.

3  Q.    How long were you at Al Farouq?

4  A.    I am in Al Farouq for one week.  As they say, I did not

5  obey the rules.  I used to oppose things with regard to the

6  camp rules.  They kicked us out from the camp.

7  Q.    Did they kicked other people out, or did they just kick

8  you out?

9  A.    They kicked me out.

10 Q.    Where did you go from Al Farouq?

11 A.    To the house of my brother-in-law.

12 Q.    Other than the one night that you spent in Al Nibras,

13 did you ever go back to Al Nibras?

14 A.    I don't remember.

15 Q.    Did you ever go to Al Nibras ahead of Osama bin Laden

16 to secure the guesthouse for a speech?

17 A.    I did not go Nibras to make sure -- to secure -- to

18 make sure of the security.  Neither I won't belong to the

19 security of Osama bin Laden.

20 Q.    While you were at Al Farouq, did Osama bin Laden come

21 to the camp?

22 A.    I heard that he went.

23 Q.    Did you see Osama bin Laden at the camp?

24 A.    No.

25 Q.    Did you hear the term, Al Qaeda, while you were in

25

1   Afghanistan?

2   A.   I don't remember.  The mosque thing for the people

3   there is al mujahidin.

4   Q.   When you left Al Farouq, where did you go?

5   A.   I went to my sister's house, to my brother-in-law's

6   house.

7   Q.   At some point did you leave Kandahar?

8   A.   Yes.  I went to Kabul.  I heard about -- what I heard

9   about Kabul is the city was built by the Russians.  I had a

10  lot of time on my hands.  I said, let me go and see the

11  city.

12  Q.   When you left Yemen to go to Afghanistan, how long did

13  you plan to stay in Afghanistan? .

14  A.   I intended to stay in Afghanistan for only one month

15  or for two months, and as a proof, my visa was for one

16  month, but I took a leave of absence from my work for six

17  months.

18       I did that just as a precaution.  I could cut my

19  vacation short, and I go back to my work.  That is my

20  intention, that I go back to my country and I go back to my

21  work.

22  Q.   Why did you plan to stay in Afghanistan for a month or

23  two?

24  A.   I made a condition to my brother-in-law that I'm going

25  to bring my sister.  If she settles down and if she is happy

Case 1:05-cv-00280-GK   Document 431   Filed 06/26/09   Page 26 of 38
UNCLASSIFIED//FOR PUBLIC RELEASE

26

1    I will leave her here.  If she is not settled and she is not

2    happy, I will take her back to Yemen.

3    Q.   Did you travel from Kabul to another location in

4    Afghanistan?

5    A.   Yes.  When the war broke out and the bombing of the

6    American, I wanted to go to a place that is safe.  I found

7    some families that are going to a safe place in Khost.  I

8    went with them.

9         As I mentioned before, I had no friends.  I have no

10   knowledge of the way of the country, and I had no intention

11   to fight.

12   Q.   When you were in Khost did you travel home?

13   A.   What do you mean?

14   Q.   Did you go back to Yemen?

15   A.   What I was in Khost the war was on.  They told me you

16   cannot leave Khost and go back to Yemen.  Wait until the

17   things calm down, and you will be able later on to go to

18   Yemen.

19        I waited for awhile until I got worried.  I said, let

20   me risk and go to Kandahar, because I was worried about my

21   sister, to take her from Kandahar and find a way to take her

22   to Yemen.

23   Q.   When you arrived in Kandahar were you able to locate

24   your sister?

25   A.   When I went to Kandahar some other people told me, your

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNCLASSIFIED//FOR PUBLIC RELEASE

27

1    brother-in-law was injured from the bombing, and people were

2    injured, and they -- they had my sister and some family,

3    they moved from Kandahar to Yemen, and they sent them to

4    Yemen.

5        There is one thing I want to mention.  When people

6    start to get afraid that America will bomb Afghanistan, and

7    I have been trying to find a way to get out and go back to

8    my country.

9        That was my intention.  I did not fight the American.

10   I did not fight the American alliance.  I did not deal with

11   Taliban or Al Qaeda.  I am a working man in my country.  I

12   have never committed a crime.  I am 47 years old.  I have

13   never committed a crime.

14   Q.   From Kandahar where did you go?

15   A.   In Kandahar the bombing was still there.  I told -- I

16   asked people, help me to get out of this country.  They told

17   me if you leave now there is the possibility that they will

18   arrest you, and they will say that you are from the

19   mujahidin.

20       If they see any Arab person they arrest them.  The

21   American was sending flyers.  Every Arab person has a

22   certain price.  Some people from Afghanistan -- Pakistan,

23   they sell any Arab person whether he is teaching Koran, or

24   relief, or he is an emigrant, or mujahidin.

25   Q.   Mr. Al-Adahi, listen to my question.

28

1      Did you leave Kandahar to go somewhere else?

2  A.  Yes.

3  Q.  Where did you go?

4  A.  I had the motorcycle.  I borrowed it from one of many

5  persons.  I had some injury in my arm.  I went to hospital

6  for treatment.  I found a group that they want to go to

7  Pakistan.  They are wounded.

8      We left from Kandahar to Khost, and from Khost later on

9  we went to Pakistani border.  We left through Miram Shah.

10  We were near Bashira, the city in Pakistan.  The soldiers

11  came and they said, give us your ID cards.  I gave them the

12  passport and the tickets.  I told them, I want to go to the

13  Yemeni Embassy.  He said, let's now take you to the

14  hospital, then we turn you over to your country.

15  Q.  Mr. Al-Adahi, when you were in the hospital in

16  Pakistan, did a newspaper reporter come to the hospital to

17  interview you?

18  A.  When the Pakistani took us to the hospital, they took

19  us to a military hospital.  There was no sign of arrest.  We

20  are not tied up or handcuffed.  They treated us to and they

21  treated us nicely.

22      The following day the newspaper reporter, he came to

23  take picture of all of us.  We were ten Arabs and four

24  Pakistanis.

25      The official in the hospital did not allow the

29

1    photographer to shoot pictures, but he allowed them to take

2    statements from us, and he asked me about my name, my

3    country.

4         The following day they brought the newspaper that this

5    reporter was working for.  One guy who speaks said they said

6    10 wounded Arabs Taliban and four Pakistanis.

7         You can make -- verify this newspaper.  That was at the

8    end of 2001.

9    Q.   Mr. Al-Adahi, have you had an opportunity to review the

10   declassified evidence against you?

11   A.   Yes, I did see it.

12   Q.   Do you know an individual named ███████

13   A.   This man I did not meet him except in this prison.   I

14   was shocked when the lawyer talked us about his statement.

15   I met this guy, this man several times.  He never mentioned

16   that he said anything about me.

17        We were neighbors many -- for long in 2003 and 2004 in

18   Delta block -- Delta block.  This guy was residing

19   permanently in this block.

20        They moved us sometime -- sometimes I am near him,

21   sometimes I am far from him.  We have very -- we have good

22   relation.  We talk together.  I was surprised when the

23   lawyer told me that he spoke about you.

24        When the lawyer told me this detainee walked with me in

25   Echo block.  When I asked him about the truth of what he

30

1    said about me, he denied completely in front of all the

2    prisoners.

3        He said that is all lies from the interrogators. I

4    never seen you before, neither in Afghanistan or in any

5    other place. I did not say that you trained us or that you

6    tortured us. And I am going to give you my statement with

7    my handwriting on that.

8        He give me a statement with his handwriting. I

9    submitted to the lawyer, and thankfully -- thanks to the

10   lawyer that he submitted to the Honorable Court.

11   Q.   Did you serve as a trainer at Al Farouq?

12   A.   I did not work in any place as a trainer. If they had

13   kicked me out of Al Farouq, I did not stay the -- I did not

14   finish one week staying there because I don't listen to

15   instructions. How could I be a trainer? How can I be

16   Osama bin Laden's bodyguard if they kick me out from Al

17   Farouq camp?

18       This is a great mistake against the government. How

19   could I be a trainer in Al Farouq camp if they kicked me out

20   from the Al Farouq camp?

21   Q.   Where were you in January and February of 2000?

22   A.   I was at work in Yemen, and the lawyer wrote to Yemen

23   to find out my presence or not presence in Yemen. My work

24   confirmed that I was on the job in the year 2000. If you

25   see the documents, that is not classified evidence, which

31

```
 1   states that I trained him against in Afghanistan in the year
 2   2000.
 3        Read it well.  Read it well.  It started with a
 4   McDonald meal and ended with seeing a movie.  But eventually
 5   he denied it, and he give -- he made the statement with his
 6   handwriting.  I have a lot of evidence of my good relation
 7   with him.
 8   Q.   Mr. Al-Adahi, the court has the documents, and the
 9   court will review the evidence we have provided.
10   A.   Thank you.
11   Q.   What the court would like to hear now is your testimony
12   in response to my questions.
13        Did you ever go to a Taliban prison while you were in
14   Afghanistan?
15   A.   Never.
16   Q.   Have you had an opportunity to review the allegations
17   that ███████ made against you?
18   A.   Yes.
19   Q.   Did you ever torture ███████ while you were in
20   Afghanistan?
21   A.   Never.  This statements which -- and this document that
22   we received about this man, he states that I tortured him in
23   2001, in the middle.  And he accused us in 2005 when he said
24   that he saw us in my block.
25        When I read the document that the government gave to us
```

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

32

1   for one hour, I was surprised.  How this man could recognize

2   me four years after I tortured him as he claims.  He lied

3   and he slandered me.

4        When we were arrested and they turn us over to the

5   Americans in Kandahar, they moved us to Cuba.  Me and him

6   were in the same block.  He did not recognize me after six

7   months.  He recognized me after four years.  I met him -- I

8   saw him in many blocks.

9        Let me talk.

10  Q.   You have a Casio watch.  Mr. Al-Adahi, are you aware

11  of the allegations related of your ownership of a Casio

12  watch?

13  A.   The latest document they did not mention the watch, but

14  I remember it from before.

15  Q.   Thank you attended your CSRT, did you see a watch that

16  the personal representative provided you?

17  A.   I only attended once, and they should me two watches.

18  I told them none of them is mine.  My watch was -- had

19  hands, not electronic devices.  How possibly they brought

20  the watch?

21       They did not bring my passport, and also the personal

22  representative told the chief of the committee, it is a weak

23  point to tie this man with a cheap watch with a big

24  organization.  All this exists in the docket.  What is the

25  story of that watch?  I don't know the story of the watch.

33

1   Q.   Mr. Al-Adahi, before you were taken into custody how

2   was your health?

3   A.   If you want to find about my health, you can check all

4   the hospitals in Yemen.  The Ministry of Health in Yemen.  I

5   worked in a petroleum company for 20 years.  I have no

6   sickness.  I have no sickness.

7       And when we were arrested and brought us to Cuba, they

8   checked us completely.  I had no sickness.  The torture that

9   I was subjected with the severe high air-conditioners and

10   being naked without any stuff, the severe -- the violation -

11   - the religious violation and the disrespect of the Koran,

12   the forced shots that we took.

13       I have proof and I have medical records.  And I have a

14   very, very high blood pressure.  Sometimes it reaches 220.

15   The heart beats, it reaches almost a week ago about 120.

16       Throwing up every month.  Lost memories.  Forgetful.

17   I became useless when I leave.

18       MR. BENNETT:  Your Honor, I am sorry, could we do

19   90 seconds?

20       THE COURT:  Let's take a break for just a moment.

21   I want to talk with counsel anyway.

22       MR. BENNETT:  Your Honor, if we could talk when I

23   get back.

24       THE COURT:  Fine.  Mr. Cramer, do you want to keep

25   the connection open.

34

1     (Whereupon, the audio was disconnected from

2  Guantánamo.)

3         THE COURT:  However, the government is fully

4  represented even though Mr. Bennett stepped out for a

5  minute.

6         Let me ask Mr. Ahern, given what you have heard --

7  I gather that Mr. Bennett will do the cross, is that right,

8  or am I wrong?

9         MR. AHERN: That is correct, Your Honor.

10        THE COURT:  Do you have any idea how long he will

11  be on cross?

12        MR. AHERN:  That is putting me on the spot, Your

13  Honor.

14        THE COURT:  I realize you may not be able to in

15  answer for him.

16        MR. AHERN:  My guess would be 20 minutes at the

17  most.

18        THE COURT:  Well, we are not going to be able to

19  finish today.

20        Mr. Chandler, do you have any sense how much

21  longer Ms. Wilhelm will be?

22        MR. CHANDLER:  Your Honor, our client has a mind

23  of his own.  As you have seen Ms. Wilhelm is trying to

24  control him and get him to answer the questions.

25        THE COURT:  I noticed that.

35

1           MR. CHANDLER:  He talks.  He talks.

2           She is headed towards the end of her questions.

3   My guess is that if she could get him to answer the

4   questions she probably has another 15 minutes.

5           THE COURT:  We cannot do it this afternoon. That

6   is what I'm focusing on.

7           Let me ask you one other question, both of you.

8   Are you satisfied that we have cleared up any issue about

9   the dates that the translator is giving in terms of the

10  month of July versus some other time?

11          MR. CHANDLER:  I am, Your Honor.

12          THE COURT:  Mr. Ahern?

13          MR. AHERN:  Your Honor, I still have a lingering

14  doubt.  I think it is just because of the way that the

15  translator phrased it.  He said, yes, it is July when you

16  asked if he was referring to the American calendar.

17          I think the question we would like to see asked

18  is, we understand the petitioner is referring to the

19  seventh month.  Does he mean the seventh month on the

20  American calendar, or the seventh month on the Arabic

21  calendar?

22          Just that simple question I think would clear up

23  any lingering confusion that we have.

24          THE COURT:  Any objection with my asking that one

25  question of the interpreter, and perhaps of Mr. Al-Adahi,

36

1  and then we will break for the day?

2          And Mr. Bennett is back anyway.

3          MR. BENNETT:  Yes.  Thank you, Your Honor.

4          THE COURT:  Do you have any sense of how long your

5  cross will be?

6          MR. BENNETT:  I don't imagine particularly long.

7  I only have a couple of questions.

8          THE COURT:  Besides which, everybody, we have been

9  sitting again for 2 1/2 hours.  It is very hard for the

10  court reporter.  It is hard for everybody.

11          I am going to ask that one question of the

12  interpreter now, and then is there any difficulty with

13  resuming at 10 o'clock tomorrow?

14          No, all right.

15          Can you put us back on audio, please?

16          **(Whereupon, the audio to Guantánamo was reestablished.)**

17          THE COURT:  Everybody, I want to ask one question

18  of the interpreter, and that is, when Mr. Al-Adahi is

19  answering questions that have to do with that date we talked

20  about, is he referring -- and you can ask him this question,

21  please, is he referring to the seventh month of the American

22  calendar or the seventh month of the Arabic calendar?

23          THE INTERPRETER:  Your Honor, he was referring to

24  the seventh month of the American calendar.

25          THE COURT:  Did you ask him that question before?

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

37

```
 1              THE INTERPRETER:  I will ask him again, Your

 2   Honor.

 3              THE COURT:  Good.

 4              THE INTERPRETER:  Okay, Your Honor.

 5              THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

 6   Seven of July, 2001, Your Honor, American calendar.

 7              THE COURT:  I think that answers it everybody

 8   pretty clearly.

 9              Thank you very much.

10              THE INTERPRETER:  My pleasure.

11              THE COURT:  We are going to have to recess now.

12   We will complete the testimony tomorrow morning.  We will

13   start at 10 o'clock.

14              Ms. Wilhelm, give me an estimate of how much

15   longer you have to go?

16              MS. WILHELM:  Your Honor, I was about to wrap up.

17   So 15 minutes at most if we do not conclude we have wrapped

18   up today.

19              THE COURT:  Well, after all of these years, Ms.

20   Wilhelm, I have learned that sometimes a lawyer's 15 minutes

21   stretches on.  So we are going to recess now, although I was

22   still very much appreciate 15 minutes tomorrow.

23              I would like the interpreter to tell Mr. Al-Adahi

24   that tomorrow he will be questioned by a government lawyer.

25   I don't know if he knows that or not.
```

38

1          THE DEFENDANT TESTIFIED THROUGH HIS INTERPRETER:

2    Okay.

3          THE COURT:  Very well.  We will close off the

4    Guantánamo call at this time.

5          **(Whereupon, the communication was disconnected.  The**

6    **proceedings proceeded in open court is a classified setting,**

7    **said proceedings being reported by the court reporter but**

8    **not transcribed herein.)**

9          **(Whereupon, the proceedings were adjourned.)**

10               - - - - -

11          CERTIFICATE OF COURT REPORTER

12     I certify that the foregoing is a correct transcript of

13    the proceedings in the above-captioned case.

14

15

16          SUSAN PAGE TYNER, CVR-CM

17          OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25