**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMAD AL-ADAHI, et al.,** | : | |
| Petitioners, | : | |
| v. | : | **Civil Action No. 05-280 (GK)** |
| **BARACK H. OBAMA, et al.,** | : | |
| Respondents. | : | |
| **RAFIQ BIN BASHIR BIN JALLUL ALHAMI, et al.,** | : | |
| Petitioners, | : | |
| v. | : | **Civil Action No. 05-359 (GK)** |
| **BARACK H. OBAMA, et al.,** | : | |
| Respondents. | : | |
| **FARHI SAEED BIN MOHAMMED, et al.,** | : | |
| Petitioners, | : | |
| v. | : | **Civil Action No. 05-1347 (GK)** |
| **BARACK H. OBAMA, et al.,** | : | |
| Respondents. | : | |
| **JIHAD DHIAB, et al.,** | : | |
| Petitioners, | : | |
| v. | : | **Civil Action No. 05-1457 (GK)** |
| **BARACK H. OBAMA, et al.,** | : | |
| Respondents. | : | |

**HAMID AL RAZAK, et al.**,                :
                                           :
        Petitioners,            :
                                           :
            v.             :   **Civil Action No. 05-1601 (GK)**
                                           :
**BARACK H. OBAMA, et al.**,               :
                                           :
        Respondents.            :
_____:
                                           :
**ALLA ALI BIN ALI AHMED,** _____ :
**et al.**,                                :
                                           :
        Petitioners,            :
                                           :
            v.             :   **Civil Action No. 05-1678 (GK)**
                                           :
**BARACK H. OBAMA, et al.**,               :
                                           :
        Respondents.            :
_____:
                                           :
**MOHAMMED AHMED TAHER, et al.**,  :
                                           :
        Petitioners,            :
                                           :
            v.             :   **Civil Action No. 06-1684 (GK)**
                                           :
**BARACK H. OBAMA, et al.**,               :
                                           :
        Respondents.            :
                                           :
_____

**MUHAMMAD AHMAD ABDALLAH**               :
**AL ANSI, et al.**,                       :
                                           :
        Petitioners,            :
                                           :
            v.             :   **Civil Action No. 08-1923 (GK)**
                                           :
**BARACK H. OBAMA, et al.**,               :
                                           :
        Respondents.            :
                                           :
_____:

**ORDER**

It is hereby ordered that Petitioners shall, from this date forward, file with the Court two copies of all classified submissions.

|  |  |
|---|---|
| August 11, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**:  Attorneys of Record via ECF