**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    :
**MOHAMMED AL-ADAHI, et al.,**      :
                                    :
    Petitioners,          :
                                    :
    v.                    :   Civil Action No. 05-280 (GK)
                                    :
**BARACK H. OBAMA, et al.,**        :
                                    :
    Respondents.          :
_____ :

**ORDER**

For the reasons set forth in this Court's Classified Memorandum Opinion of August 17, 2009,[1] it is hereby

**ORDERED**, that Petitioner Mohammed Al-Adahi's petition for a writ of habeas corpus is **granted**; and it is further

**ORDERED**, that the Government is directed to take all necessary and appropriate diplomatic steps to facilitate Petitioner's release forthwith. Further, the Government is directed to comply with any reporting requirements mandated by the Supplemental Appropriations Act, Pub. L. No. 111-32, 123 Stat. 1859 (2009), if applicable, to facilitate Petitioner's release, and to report back to the Court no later than **September 18, 2009**, as to the status of that release and what steps have been taken to secure that release.

                                      /s/
August __, 2009                    Gladys Kessler
                                        United States District Judge

**Copies to**: Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.