UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-280 (GK) |
| **BARACK H. OBAMA**, <u>et</u> <u>al.</u>, | : |
| Respondents. | : |

### ORDER

A Pre-trial Conference was held in this case on December 22, 2009. Based on representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that, because Petitioner Bawazir has chosen not to proceed with his Merits Hearing, his scheduled Hearing is canceled; and it is further

**ORDERED**, that Petitioner Bawazir's petition is dismissed without prejudice.

December __, 2009

/s/
Gladys Kessler
United States District Judge

<u>Copies to</u>:  Attorneys of Record via ECF