```
                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
```

_____
                                   :
**MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>,    :
                                   :
    Petitioners,            :
                                   :
    v.                      :    Civil Action No. 05-280 (GK)
                                   :
**BARACK H. OBAMA**, <u>et</u> <u>al.</u>,     :
                                   :
    Respondents.            :
_____:

### ORDER

A Merits Hearing was held in this case on January 4-5, 2010 for Petitioner Al-Nadhi. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the parties shall file supplemental briefs no later than **January 20th, 2010.** The supplemental briefs shall address the transcript of Judge Hogan's oral ruling in Petitioner Al-Madhwani's [ISN 839] case [Case No. 1:04-cv-01194], the parties' positions on the legal requirement governing the issue of petitioners' intent and knowledge, and the impact of the recent decision by the Court of Appeals in Al-Bihani v. Obama, No. 09-5051 (D.C. Cir. Jan. 5, 2010); and it is further

-2-

**ORDERED,** that the Government may file a response to Petitioners' Motion for Leave to File a Supplemental Brief Concerning the Effect of Cleared Status [Dkt. No. 527], which shall be due no later than **January 20, 2010.**

|  |  |
|---|---|
| January 5, 2010 | /s/<br>Gladys Kessler<br>United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF