UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MOHAMMED AL-ADAHI, et al.,          :
                                    :
    Petitioners,                    :
                                    :
    v.                              :   **Civil Action No. 05-280 (GK)**
                                    :
BARACK H. OBAMA, et al.,            :
                                    :
    Respondents.                    :
_____ :

### ORDER

For the reasons set forth in this Court's Classified Memorandum Opinion of February 24, 2010,[1] it is hereby

**ORDERED**, that Petitioner Suleiman Awadh Bin Agil Al-Nahdi's petition for a writ of habeas corpus is **denied.**

                                          /s/
February 24, 2010                Gladys Kessler
                                        United States District Judge

**Copies to**: Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.