**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**MOHAMMED AL-ADAHI, et al.**,         :
                                      :
    **Petitioners**,                   :
                                      :
    v.                                : Civil Action No. 05-280 (GK)
                                      :
**BARACK H. OBAMA, et al.**,           :
                                      :
    **Respondents**.                   :
_____:

**ORDER**

For the reasons set forth in this Court's Classified Memorandum Opinion of February 24, 2010,[1] it is hereby

**ORDERED**, that Petitioner Fahmi Salem Al-Assani's petition for a writ of habeas corpus is **denied**.

                                   /s/
February 24, 2010              Gladys Kessler
                               United States District Judge

**Copies to**: Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.