IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, et al., ) | |
| ) | CIVIL ACTION FILE NO. |
| *Petitioner,* ) | 05-280 (GK) |
| v. ) | |
| ) | |
| BARACK H. OBAMA, et al., ) | |
| ) | |
| *Respondents.* ) | |
| ) | |

## NOTICE OF APPEARANCE

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    The undersigned counsel, admitted in the above-entitled cause of action *pro hac vice*, hereby enters his appearance as co-counsel for Petitioner Suleiman Awadh Bin Aqui Al-Nahdi.

/s/ David M. Barnes
David M. Barnes
Georgia Bar No. 485964
dbarnes@kslaw.com

KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2013, a true and correct copy of the above and foregoing was served via the Court's efiling system, which will send notification of such filing to all counsel of record.

/s/ David M. Barnes
David M. Barnes