IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, et al., )<br>)<br>*Petitioner,* )<br>v. )<br>)<br>BARACK H. OBAMA, et al., )<br>)<br>*Respondents.* )<br>) | CIVIL ACTION FILE NO.<br>05-280 (GK) |

## NOTICE OF APPEARANCE

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

     The undersigned counsel, admitted in the above-entitled cause of action *pro hac vice*, hereby enters his appearance as co-counsel for Petitioner Suleiman Awadh Bin Aqui Al-Nahdi.

                                      /s/ Jonathan Letzring
                                      Jonathan Letzring
                                      Georgia Bar No. 141651
                                      jletzring@kslaw.com

                                      KING & SPALDING LLP
                                      1180 Peachtree Street
                                      Atlanta, Georgia 30309
                                      Telephone:  (404) 572-4600
                                      Facsimile:  (404) 572-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2013, a true and correct copy of the above and foregoing was served via the Court's efiling system, which will send notification of such filing to all counsel of record.

/s/ Jonathan Letzring
Jonathan Letzring

DMSLIBRARY01:21374098.1