UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, *et al.*, :
:
        Petitioners, :
:
v. : Civil Action No. 05-280 (GK)
:
BARACK H. OBAMA, *et al.*, :
:
        Respondents. :

## ORDER

Petitioner Mohammed Al-Adahi has filed a Motion to Reopen Case and for Judgment on Petition for Writ of *Habeas Corpus*.

**WHEREFORE**, it is this 18th day of February, 2014, hereby

**ORDERED**, that the Government shall file its Opposition to Petitioner's Motion **no later than February 21, 2014, at noon**; and it is further

**ORDERED**, that a Motions Hearing is hereby scheduled for **February 25,, 2014, at 10:00 a.m.**

                                                /s/ Gladys Kessler
                                              Gladys Kessler
                                              United States District Judge

**Copies via ECF to all counsel of record**