## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

————————————————————————  )
)
MOHAMMED AL-ADAHI,                          )
)
        Petitioner,                         )
)
        v.                                  )     Civil Action No. 05-0280 (GK)
)
BARACK OBAMA,                               )
President of the United States, <u>et al.</u>,  )
)
        Respondents.                        )
————————————————————————  )

### RESPONDENTS' UNOPPOSED MOTION TO VACATE SCHEDULING ORDER AND FOR A NEW SCHEDULE REGARDING PETITIONER'S MOTION TO REOPEN CASE AND FOR JUDGMENT

Respondents respectfully move the Court for an order vacating its February 18, 2014 scheduling order (ECF No. 641); establishing a new schedule, agreed to by the parties, requiring Respondents to file their response to Petitioner's Motion to Reopen Case and for Judgment (ECF No. 640) on March 26, 2014; and scheduling a motions hearing on Petitioner's Motion for a time that is convenient for the Court on or after April 1, 2014. Petitioner does not oppose the relief sought in this motion. In support of this motion, Respondents submit the following:

1.      On June 21, 2011, the Court granted Respondents' unopposed motion for entry of final judgment (ECF No. 606) and denied Mr. Al-Adahi's petition for the writ of habeas corpus. Minute Order (Jun. 21, 2011).

2.      On February 12, 2014, Petitioner Al-Adahi filed a Motion to Reopen Case and for Judgment on Petition for Writ of Habeas Corpus. ECF No. 640 ("Motion").

3.      On February 18, 2014, the Court ordered Respondents to file an opposition to Petitioner's Motion no later than February 21, 2014, and scheduled a motions hearing on this issue for February 25, 2014.  ECF No. 641.

4.      Petitioner's Motion does not ask this Court for emergency relief concerning his medical treatment, but rather argues that in light of his current medical condition Respondents may no longer detain him lawfully pursuant to the Authorization for the Use of Military Force ("AUMF"), as informed by the laws of war.  See, e.g., Motion at 1.

5.      Petitioner's Motion raises novel arguments regarding limitations on the Executive's detention authority and, accordingly, Respondents request additional time to formulate their response.

6.      Petitioner argues that, in light of his "significant physical and medical issues," Motion at 6, the plain language of the AUMF no longer authorizes his detention; that Army Regulation 190-8, as interpreted by the D.C. Circuit Court of Appeals' decision in Al-Warafi v. Obama, 716 F.3d 627, 631 (D.C. Cir. 2013), requires his release; and that provisions of the Third Geneva Convention support his request for release.  Id. at 4-8.

7.      While, after careful consideration, the Government set forth its position on the Executive's detention authority in its brief on March 13, 2009, and the Court of Appeals has addressed the Executive's detention authority in several decisions, see, e.g., Al-Bihani v. Obama, 590 F.3d 866, 873-74 (D.C. Cir. 2010), the Government and the Courts have not yet addressed arguments that the Executive's detention authority, once properly exercised, may then lapse as a result of a detainee's health.

8.      For these reasons, Respondents request that their response be due on March 26, 2014, so that they may have additional time to coordinate their response to these novel and important issues across various government agencies and to respond appropriately to Petitioner's Motion.

9.      Counsel for both parties are available for a hearing on this matter at a time that is convenient for the Court on or after April 1, 2014.


Dated: February 19, 2014                    Respectfully submitted,

                                             STUART F. DELERY
                                             Assistant Attorney General

                                             JOSEPH H. HUNT
                                             Branch Director

                                             TERRY M. HENRY
                                             Assistant Branch Directors

                                             */s/ Joseph C. Folio III*_____
                                             ANDREW I. WARDEN
                                             TIMOTHY WALTHALL
                                             JOSEPH C. FOLIO III
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Avenue, NW
                                             Washington, DC 20530
                                             Tel: 202.305.4968

                                             Counsel for Respondents