IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AL-ADAHI, *et al.*, <br><br>*Petitioners*, <br><br>v. <br><br>BARACK H. OBAMA, *et al.*, <br><br>*Respondents*. | Civil Action No. 05-CV-280 (GK) |

## NOTICE OF TRANSFER OF PETITIONER AL NAHDI (ISN 511)

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Suleiman Awadh Bin Aqil Al Nahdi (ISN 511) and transferred him to the control of the Government of the United Arab Emirates.

Dated: November 16, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

    */s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

Counsel for Respondents